IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luis Cordon Marín; Inmaculada Cordon Arenilla<br><br>     Plaintiffs<br><br>     Vs.<br><br>Hilda Chévere Colón; Seguros Triple-S; "Jonh Doe"; "Richard Roe"; "A-B-C" Corporations; "X-Y-Z" Insurance Companies; as well as any other Joint Tortfeasors and their respective Insurance Companies<br><br>     Defendants | CIVIL NO.:<br><br>Tort Claim For Damages; Negligence Under 31 L.P.R.A. §5141<br><br>Plaintiffs Demand Trial By Jury |

## COMPLAINT

TO THE HONORABLE COURT:

COMES NOW PLAINTIFFS, through the subscribing attorneys, who very respectfully allege and pray:

### STATEMENT OF THE CASE

This is an action for damages arising out of the negligent and tortuous acts and/or omissions committed by defendants and for such other relief as this Court may deem appropriate, including the payment of costs, interests and attorneys' fees.

### I. THE PARTIES

1.1 Plaintiff, Luis Cordon Marín, is of legal age, widow and a citizen of Spain and resident of Lorenzo Leal #1, Cuarto C, 41010, Sevilla, Spain, who was visiting Puerto Rico when the accident object of this complaint occurred.

1.2 Plaintiff, Inmaculada Cordon Arenilla, is a daughter of Mr. Luis Cordon, and a citizen of Spain and resident of Lorenzo Leal #1, Cuarto C, 41010, Sevilla, Spain.

1.3 Defendant, Hilda Chévere Colón, is upon information and belief, of legal age, is a citizen of the United States of America and a resident of Toa Alta, Puerto Rico.

1.4 Defendant, Seguros Triple-S, is the insurance company that at the time of the accident object of this complaint had in place and in full effect the insurance policy number CM700-1014 that provides coverage for the damages herein claimed by plaintiffs.

1.5 Defendant, John Doe, is an individual known to exist and to have operated or contributed to the facts and events for which Defendants are liable under the various causes of action herein averted, but whose real name is yet unknown to Plaintiffs.

1.6 Defendant, Richard Roe, is an individual known to exist and to have operated or contributed to the facts and events for which Defendants are liable under the various causes of action herein averted, but whose real name is yet unknown to Plaintiffs.

1.7 Defendants, "A,B,C" Corporations, are business entities, presently unknown, who upon information and belief are liable and responsible for plaintiffs' damages.

1.8 Defendants, "X,Y,Z" Insurance Companies are insurance companies, presently unknown, who are believed to provide named and unnamed defendants with liability insurance during the applicable time period.

## II. JURISDICTION AND VENUE

2.1 This Court has diversity jurisdiction pursuant to Title 28, United States Code Section 1332 (a) (1), inasmuch as this is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs, and is between citizens of different states.

2.2 Venue is proper in the District of Puerto Rico pursuant Title 28, United States Code Section 1391 (a) since the events or omissions giving rise to the claim occurred in this district and the defendants are deemed to reside in this district by virtue of section 1391 (c).

## III. GENERAL ALEGATIONS

3.1 Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

3.2 On January 27, 2007 Plaintiff Luis Cordon Marín was visiting the island of Puerto Rico. While walking on the pedestrian crossing in the tourist zone of Old San Juan from the ports area in direction to the Sheraton Hotel he was struck by a vehicle after a first vehicle let him pass. The vehicle that

3

struck Plaintiff was a Dodge Durango 2005 model, license plate GDN-375 property of Defendant Hilda Chévere Colón.

3.3 As a direct result of this impact Plaintiff Luis Cordon Marin, suffered multiple traumas and contusions, a left hip dislocation with a chip fracture of the acetabulum. After receiving intense medical treatment at the Rio Piedras Medical Center, Plaintiff medical condition worsened requiring left hip surgery and, due to Plaintiff's anemic medical condition, he required blood transfusions and special medical care by Health South Inc.

3.4 The aforementioned injuries have limited Plaintiff's physical abilities, including walking and moving, which in turn has reduced his general physiological functions and consequentially have produced intense mental anguish.

3.5 As of today Plaintiff is under medical treatment by the ACAA.

### IV. CAUSE OF ACTION AGAINST DEFENDANT, HILDA CHÉVERE COLÓN

4.1 Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

4.2 Defendant, Hilda Chévere Colón, through its acts or omissions while driving the Dodge Durango 2005 model, license plate GDN-375, caused damages to Plaintiffs through fault or negligence in violation of 31 L.P.R.A. § 5141.

4.3  Defendant, Hilda Chévere Colón, as owner of the Dodge Durango 2005 model, license plate GDN-375, is also responsible for the damages caused by said vehicle.

4.4  As a direct result of the negligent acts or omissions of defendant, Hilda Chévere Colón, plaintiff, Luis Cordon Marín, was physically injured, and suffered physical, mental, emotional and economical damages.

### V. CAUSE OF ACTION AGAINST DEFENDANT, SEGUROS TRIPLE-S

5.1.  Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

5.2.  Seguros Triple-S is directly liable for the fault or negligence of its assured, Hilda Chévere Colón, pursuant to 26 L.P.R.A. § 2001.

5.3.  Pursuant to 26 L.P.R.A. § 2003, an action against an insurer may be brought separately or may be joined with an action against the insured.

5.4  Seguros Triple-S had in place and in full effect at the time of the afore mentioned accident the insurance policy number CMO 700-1014 that provides coverage for the damages herein claimed by Plaintiffs.

### VI. CAUSE OF ACTION AGAINST DEFENDANTS, "A,B,C" CORPORATIONS

6.1  Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

5

6.2 Defendants, "A,B,C" Corporations through its acts or omissions caused damages to Plaintiffs through fault or negligence in violation of 31 L.P.R.A. § 5141.

6.3 Defendants, "A,B,C" Corporations, are business entities, presently unknown, who upon information and belief are liable and responsible for plaintiffs' damages inasmuch they caused the accident object of this complaint.

6.4 As a direct result of the negligent acts or omissions of defendants, "A,B,C" Corporations, plaintiffs, were physically injured and physical, mental, emotional and economical damages were also suffered.

### VII. CAUSE OF ACTION AGAINST DEFENDANTS, "X,Y,Z" INSURANCE COMPANIES

7.1. Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

7.2. The insurance companies of any named or unnamed defendants, the "X,Y,Z" Insurance Companies, are directly liable for the fault or negligence of the insured pursuant to 26 L.P.R.A. § 2001.

7.3. Pursuant to 26 L.P.R.A. § 2003, an action against an insurer may be brought separately or may be joined with an action against the insured.

### VII. DAMAGES

6

8.1. Plaintiffs reaffirm and reproduce as if alleged herein each and every one of the preceding allegations.

8.2. As a direct result of the acts or omissions of defendants, Plaintiffs have suffered damages which include physical and mental injuries, mental and emotional anguish, ongoing pain and suffering, and economic losses.

8.3. As a direct result of defendants' negligent acts or omissions, Plaintiffs have, and will continue to, experience mental and emotional anguish, pain, and suffering.

8.4. Plaintiffs' past and future physical damages have a reasonable value of not less than eight hundred thousand dollars ($800,000).

8.5. Plaintiffs' past and future mental and emotional damages have a reasonable value of not less than three hundred thousand dollars ($300,000).

8.6. Plaintiffs' economic losses have a reasonable value of not less than ten thousand dollars ($10,000).

### IX. DEMAND FOR JURY TRIAL

9.1 Plaintiffs demand trial by jury of all causes of action.

### PRAYER

**WHEREFORE,** Plaintiffs respectfully demand judgment against Defendants, jointly and severally, in the amount of no less than one million one hundred ten thousand dollars ($1,110,000), as

well as costs incurred, reasonable attorneys' fees, interests and such other relief as this Honorable Court may deem just and proper under the circumstances.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 17th day of April, 2007.

**NOLLA, PALOU & CASELLAS, LLC**
Attorneys for the Plaintiffs
PO Box 195287
San Juan, PR 00919-5287
Tel. 787-625-6535
Fax. 787-625-6530

Juan M. Casellas-Rodríguez
U.S.D.C. No. 216701
jmc@npclawyers.com

José A. Gutiérrez Arripálzaga
U.S.D.C. No. 219709
jga@npclawyers.com

8

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CORDON, LUIS

**DEFENDANTS**
CHEVERE, HILDA

(b) County of Residence of First Listed Plaintiff   N/A - Spain
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Toa Alta, PR
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Nolla, Palou & Casellas LLC, 268 Ave. Muñoz Rivera 20th Floor, Suite 2003, San Juan PR 00918; 787-625-6535

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine — **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations — **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sec. 1332 (a)(1)
Brief description of cause:
Plaintiff was struck by the defendant as she was driving her car negligently

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,110,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

 **United States District Court** *for the* **District of Puerto Rico**

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   _Luis Condom Marin v. Hilda Chevere Colón_

2. Category in which case belongs: (See Local Rules)

   __X__ ORDINARY CIVIL CASE
   _____ SOCIAL SECURITY
   _____ BANK CASE
   _____ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

   _N/A_

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES   ☒ NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES   ☒ NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES   ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO. _219209_

ATTORNEY'S NAME: _José Gutiérrez Arrizálaga_

MAILING ADDRESS: _PO Box 195287_
_San Juan PR_   ZIP CODE _00918-5287_

TELEPHONE NO. _(787) 625-6535_

 **United States District Court** *for the* **District of Puerto Rico**

## CURRENT ADDRESS NOTICE

PLEASE, INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPOSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

NAME OF ATTORNEY   Casellas, Juan M.
(Last Name, First Name, Initial)

OFFICE ADDRESS   Weternbank World Plaza
Suite 2003
268 Muñoz Rivera Ave.
San Juan PR 00918

TELEPHONE NO. (787)-625-6535      FAX NO. (787)-625-6530

MAILING ADDRESS   PO Box 195287
San Juan PR 00919-5287

USDC NO.  216701

Law Firm:  *Villa Palou & Casellas, LLC*

Primary Email:  jmc@npclawyers.com

Additional Email:  casellasjuan@yahoo.com



# United States District Court *for the* District of Puerto Rico

## CURRENT ADDRESS NOTICE

PLEASE, INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPOSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

NAME OF ATTORNEY (Last Name, First Name, Initial): Gutierrez, Jose A.

OFFICE ADDRESS: Weternbank World Plaza
Suite 2003
268 Muñoz Rivera Ave.
San Juan PR 00918

TELEPHONE NO. (787)-625-6535    FAX NO. (787)-625-6530

MAILING ADDRESS: PO Box 195287
San Juan PR 00919-5287

USDC NO. 219209

Law Firm: Nolla, Palou & Casellas LLC

Primary Email: jga@npclawyer.com

Additional Email: gutierrezarri-j@yahoo.com